**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Charles Ronald  Wade v. Harris County, et al

Appellate case number:    01-15-00155-CV

Trial court case number:  2011-69056

Trial court:              295th District Court of Harris County

On September 16, 2015, appellees, Harris County, City of Houston, Houston Independent School District, and Houston Community College System, filed a request for mandate to issue. A court of appeals may issue mandate ten days after the time has expired for the filing of a motion to extend time to file a motion for rehearing or if no timely filed motion for rehearing or motion to extend time is pending.  TEX. R. APP. P. 18.1(a)(2).  A motion for extension of time to file rehearing was granted until July 14, 2015, and appellant filed a motion for rehearing on July 8, 2015.  This motion for rehearing remains pending.

Accordingly, we deny appellees' motion to issue mandate.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
⊠  Acting individually     ☐  Acting for the Court

Date:  September 22, 2015